1  SIDNEY J. COHEN, ESQ., State Bar No. 39023
   SIDNEY J. COHEN PROFESSIONAL CORPORATION
2  427 Grand Avenue
   Oakland, CA 94610
3  Telephone: (510) 893-6682

4  Attorneys for Plaintiff
   CAROLYN MARTIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CAROLYN MARTIN | CASE NO. C 09-04094 PJH |
|---|---|
| Plaintiff, | Civil Rights |
| V. | |
| BUFFET FORTUNA, LLC; ALBERT N. FONG AND AMY FONG 2005 FAMILY TRUST–ALBERT N. FONG AND AMY FONG, TRUSTEES; ZHAO KUN FONG AND LING CHI WU, AS TRUSTEES OF THE '2002 LIVING TRUST OF ZHAO KUN FONG AND LING CHI WU';and DOES 1-25, Inclusive, | **STIPULATION AND ORDER FOR DISMISSAL**<br><br>FRCP section 41 |
| Defendants. | |

Stipulation And Order For Dismissal

Plaintiff Carolyn Martin and defendants Buffet Fortuna, LLC, Albert N. Fong and Amy Fong 2005 Family Trust–Albert N. Fong and Amy Fong, Trustees, and Zhao Kun Fong and Ling Chi Wu, as Trustees of the '2002 Living Trust of Zhao Kun Fong and Ling Chi Wu,' by and through their attorneys of record, file this Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure section 41.

Plaintiff filed this lawsuit on September 3, 2009.

Plaintiff and defendants have entered into a "Mutual Release And Settlement Agreement" which settles all aspects of the lawsuit against. A copy of the "Mutual Release And Settlement Agreement" is incorporated by reference herein as if set forth in full. The "Mutual Release And Settlement Agreement " states in part that "The court shall retain jurisdiction to enforce this Settlement Agreement, and this Settlement Agreement shall be incorporated by reference in the dismissal ." Plaintiff and defendants stipulate to the court retaining jurisdiction to enforce the "Mutual Release And Settlement Agreement."

Plaintiff moves to dismiss with prejudice the lawsuit against defendants. Defendants, who have answered the complaint, agree to the dismissal.

This case is not a class action, and no receiver has been appointed.

This Stipulation and Order may be signed in counterparts, and facsimile or electronically transmited signatures shall be as valid and as binding as original signatures.

Wherefore, plaintiff and defendants, by and through their attorneys of record, so stipulate.

Date: 2/9/10

SIDNEY J. COHEN
PROFESSIONAL CORPORATION

/S/ Sidney J. Cohen
_____
Sidney J. Cohen
Attorney for Plaintiff
Carolyn Martin

Stipulation And Order For Dismissal                  -1-

| | |
|---|---|
| Date: 02/06/10 | Law Offices of Gilbert Y. Jay |
| | /s/ Gilbert Y. Jay |
| | Gilbert Y. Jay |
| | Attorney for All Defendants |

PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED:

The lawsuit against defendants is dismissed with prejudice. The Court shall retain jurisdiction to enforce the parties' "Mutual Release And Settlement Agreement."

Date: 2/18/10

Phyllis J. Hamilton
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]*

Stipulation And Order For Dismissal            -2-